

HARTZOG CONGER
CASON & NEVILLE

201 Robert S. Kerr Avenue
1600 Bank of Oklahoma Plaza
Oklahoma City, Oklahoma 73102-4216
Phone - 405-235-7000
Fax - 405-996-3403

Dudley Land Company, LLC                                          Invoice
Attn: Tom Havenstrite                                       March 5, 2018
5925 N. Robinson Avenue
Oklahoma City, OK   73118

ID: 8419-0503 - LHM

Re: Haskett v. T.S. Dudley
For Services Rendered Through March 5, 2018

## Hartzog Conger Cason & Neville, LLP

Dudley Land Company, LLC

### Disbursements

| Description | Amount |
|---|---|
| Computer Research | 6,768.89 |
| Professional Services | 13,236.61 |
| Postage | 498.37 |
| Miscellaneous | 5.40 |
| Filing Fees and Court Costs | 398.45 |
| Photocopies | 392.00 |
| Courier Service | 5.00 |
| Travel Expenses | 3,302.29 |
| Photocopies - Color | 59.85 |
| Outside Copy & Mailing Service | 836.00 |
| Federal Express | 170.47 |
| Deposition | 1,312.74 |
| **Total Disbursements** | **26,986.07** |

EXHIBIT
6

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 2

**Fees**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/15/14 | ALP | Research grounds for motion to dismiss Haskett v. TS Dudley | 4.00 | 175.00 | 700.00 |
| 09/16/14 | ALP | Haskett v. TS Dudley Suit research for Motion to Dismiss | 0.20 | 175.00 | 35.00 |
| 09/22/14 | ALP | Research and Draft Motion to Dismiss | 4.20 | 175.00 | 735.00 |
| 09/23/14 | ALP | Research for Motion to Dismiss | 0.50 | 175.00 | 87.50 |
| 09/24/14 | ALP | Research and Draft Motion to Dismiss. | 4.50 | 175.00 | 787.50 |
| 09/25/14 | ALP | Research and Draft Motion to Dismiss. | 5.80 | 175.00 | 1,015.00 |
| 09/26/14 | ALP | Finalize draft motion to dismiss | 4.60 | 175.00 | 805.00 |
| 09/28/14 | LHM | Review and revision of Motion to Dismiss.   E-mail with Steve Shardonofsky, local counsel in Texas. | 1.50 | 350.00 | 525.00 |
| 10/20/14 | LHM | Review of amended complaint. | 0.50 | 350.00 | 175.00 |
| 10/20/14 | ALP | Review Amended complaint. | 0.70 | 175.00 | 122.50 |
| 10/27/14 | ALP | Review Amended Complaint and Update Motion to Dismiss. | 3.50 | 175.00 | 612.50 |
| 10/28/14 | ALP | Update Motion to Dismiss | 1.60 | 175.00 | 280.00 |
| 11/03/14 | ALP | Finalize Motion to Dismiss for filing. | 0.30 | 175.00 | 52.50 |
| 11/24/14 | LHM | Review and revision of draft of Discovery Plan.   E-mail with Haskett.   E-mail with Shardonofsky. | 1.00 | 350.00 | 350.00 |
| 11/25/14 | LHM | Review and revision of discovery plan.   E-mail with Haskett regarding provisions of discovery plan and Rule 26 conference. | 1.00 | 350.00 | 350.00 |
| 11/25/14 | LAC | Review, redact, and mark Confidential on certain documents; Preparation of documents for production. | 2.80 | 90.00 | 252.00 |
| 12/05/14 | LHM | Review order dismissing case and email with Tom Havenstrite regarding same. | 0.20 | 350.00 | 70.00 |
| 04/10/15 | ALP | Review Brief in Chief and research technical requirements of briefing in 5th Circuit. | 3.80 | 190.00 | 722.00 |
| 04/28/15 | ALP | Research & Draft Response to Appellant's Brief in Chief. | 6.50 | 190.00 | 1,235.00 |
| 04/29/15 | ALP | Research and Draft Appellee's Response Brief. | 5.20 | 190.00 | 988.00 |
| 05/01/15 | ALP | Research and Draft Appellee's Response Brief. | 4.10 | 190.00 | 779.00 |
| 05/04/15 | ALP | Research and draft Appellee's Brief in Response. | 8.70 | 190.00 | 1,653.00 |
| 05/05/15 | ALP | Finalize draft of Appellee's Response Brief | 5.30 | 190.00 | 1,007.00 |
| 05/07/15 | ALP | Review Edits from Shardonofsky | 1.30 | 190.00 | 247.00 |
| 05/09/15 | ALP | Review Shardonofsky edits - research points of law from questions posed. | 2.30 | 190.00 | 437.00 |
| 05/11/15 | ALP | Finalize brief for filing. | 2.80 | 190.00 | 532.00 |
| 05/12/15 | ALP | Integrate tabs into additional record excerpts to comply with court rules. | 0.30 | 190.00 | 57.00 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/07/16 | ALP | Entry of Appearance form for 5th Circuit compile information regarding all of Haskett's related cases for Entry of Appearance. | 1.60 | 200.00 | 320.00 |
| 05/23/16 | LHM | Review 5th Circuit Opinion.   E-mail with Tom Havenstrite regarding same. | 0.40 | 350.00 | 140.00 |
| 05/23/16 | ALP | Review Order and outline issues for Motion for Summary Judgment. Draft Answer. | 4.20 | 200.00 | 840.00 |
| 06/16/16 | ALP | Draft counterclaim, Call with Jeff Aldridge. Correspond with Laura regarding Answer and Counterclaim. | 2.50 | 200.00 | 500.00 |
| 06/22/16 | LHM | Review and revision of Answer and Counterclaims. | 0.50 | 350.00 | 175.00 |
| 06/22/16 | ALP | Review Answer, Counterclaim, local rules and correspond with local counsel regarding filing Answer and Counterclaim. | 0.70 | 200.00 | 140.00 |
| 06/27/16 | ALP | Correspond with Local counsel and finalize Answer and Counterclaim for filing. | 0.30 | 200.00 | 60.00 |
| 07/05/16 | LHM | Emails with Mr. Haskett. | 0.25 | 350.00 | 87.50 |
| 07/05/16 | ALP | Review and draft joint status report and joint discovery plan. | 2.30 | 200.00 | 460.00 |
| 07/07/16 | ALP | Draft initial disclosures and joint discovery/case management plan. | 1.00 | 200.00 | 200.00 |
| 07/11/16 | LHM | E-mail with Haskett regarding Discovery Plan and Status Report. | 0.50 | 350.00 | 175.00 |
| 07/11/16 | ALP | Call with Jeff Aldridge regarding initial disclosures. Review initial disclosure documents and email. | 1.60 | 200.00 | 320.00 |
| 07/12/16 | LHM | Preparation of draft Status Conference Report.   Multiple emails with Mr. Haskett. | 1.75 | 350.00 | 612.50 |
| 07/13/16 | ALP | Correspond regarding upcoming status and discovery report (.5), update documents, file with the court (1.5). Draft discovery requests review information about other employment cases. (4.4) | 6.70 | 200.00 | 1,340.00 |
| 07/15/16 | LHM | Appearance at status conference. | 0.25 | 350.00 | 87.50 |
| 07/16/16 | LHM | Preparation of discovery requests to Plaintiff. | 1.00 | 350.00 | 350.00 |
| 07/18/16 | ALP | Prepare Exhibits for RFA regarding authenticity of emails. | 1.10 | 200.00 | 220.00 |
| 07/19/16 | ALP | Review files in other cases to prepare Motion for Summary Judgment | 2.60 | 200.00 | 520.00 |
| 07/26/16 | ALP | Draft Initial disclosures. Gather documents from client, correspond regarding insurance. | 1.90 | 200.00 | 380.00 |
| 07/27/16 | LHM | Review and revision of initial disclosures. | 0.50 | 350.00 | 175.00 |
| 07/27/16 | ALP | Call with Rebecca Mickey re contractor database notes. | 0.40 | 200.00 | 80.00 |
| 07/29/16 | ALP | Correspond with Jeff Aldridge regarding contractor database information. | 0.10 | 200.00 | 20.00 |
| 07/30/16 | LHM | Revision of Disclosures and email same to Haskett. | 0.20 | 350.00 | 70.00 |
| 08/01/16 | LHM | Numerous emails with Philip Haskett regarding his demands and threats.   Responses to same. | 0.50 | 390.00 | 195.00 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/01/16 | ALP | Prepare and review discovery responses. | 0.20 | 200.00 | 40.00 |
| 08/02/16 | LHM | Work on discovery responses. | 1.00 | 390.00 | 390.00 |
| 08/02/16 | ALP | Draft Responses to Plaintiff's first requests for discovery. | 2.00 | 200.00 | 400.00 |
| 08/05/16 | ALP | Research and draft response to Haskett's Motion to Dismiss. | 3.10 | 200.00 | 620.00 |
| 08/08/16 | ALP | Research and draft response to motion for judgment on the pleading. | 2.40 | 200.00 | 480.00 |
| 08/09/16 | LHM | Multiple emails with Plaintiff in which he makes demeaning and insulting demands and is irrational and unreasonable.   Attempts to respond to his unbalanced conduct in a professional way. | 0.50 | 390.00 | 195.00 |
| 08/09/16 | ALP | Draft responses to discovery requests. Draft Motion for a Protective Order. Research filing documents under seal in the Southern district of Texas, call with Jeff Aldridge reviewing discovery responses. | 5.50 | 200.00 | 1,100.00 |
| 08/10/16 | ALP | Draft response to Haskett's Motion for Judgment on the Pleadings. | 6.60 | 200.00 | 1,320.00 |
| 08/11/16 | LHM | Multiple emails with Haskett regarding protective order. | 0.30 | 390.00 | 117.00 |
| 08/11/16 | ALP | Draft Response to Plaintiff's Motion for Judgment on the Pleadings update responses to discovery follow up with Rebecca Mickey, follow up | 4.40 | 200.00 | 880.00 |
| 08/12/16 | ALP | Update responses to discovery, gather responsive documents correspond with Laura, Tom, Jeff. | 2.40 | 200.00 | 480.00 |
| 08/13/16 | LHM | Preparation of Motion for Protective Order.   E-mail same with instructions to staff for filing on Monday. | 0.60 | 390.00 | 234.00 |
| 08/14/16 | LHM | Late afternoon email from Haskett.   Revision of Motion for Protective Order.   E-mail instructions to staff.   Revision of response to Motion for Judgment on Pleadings. | 1.00 | 390.00 | 390.00 |
| 08/15/16 | ALP | Gather Documents for production. Update Motions to be filed, etc. | 2.90 | 200.00 | 580.00 |
| 08/18/16 | LHM | Review Haskett filing. | 0.25 | 390.00 | 97.50 |
| 08/23/16 | LHM | Respond to email from Haskett. | 0.10 | 390.00 | 39.00 |
| 08/23/16 | ALP | Address email from Haskett and related case activity. Pull up case activity and documents in related cases. | 0.70 | 200.00 | 140.00 |
| 08/24/16 | LHM | Telephone conference with Tom Havenstrite.   Telephone conference with Robert Margo.   Telephone conference with Rebecca Mickey. | 0.50 | 390.00 | 195.00 |
| 08/24/16 | ALP | Update Discovery responses. Review documents produced by Haskett.   Call with Tom regarding discovery responses. | 1.50 | 200.00 | 300.00 |
| 08/25/16 | ALP | Research Haskett's Motion for Protective Order. | 0.60 | 200.00 | 120.00 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 5

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/26/16 | LHM | Review of emails and Telephone conference with Robert Margo. Preparation for telephone meeting. Haskett cancels meeting. Preparation to respond to discovery issues. | 1.00 | 390.00 | 390.00 |
| 08/28/16 | LHM | Preparation of information for Robert Margo for expert opinion. E-mail from Haskett. Preparation of supplemental discovery response. | 1.00 | 390.00 | 390.00 |
| 08/29/16 | LHM | Gather information for Expert Witness, Robert Margo. Transmit same to Mr. Margo. Multiple emails from Plaintiff. Telephone conference with Rebecca Mickey. Review Notice to Take Deposition of Mickey in Denver. Preparation of Affidavit for Mickey in response to frivolous notice and Subpoena wrongfully issued. Additional emails from Haskett. Revision of Supplemental Discovery Response. | 2.20 | 390.00 | 858.00 |
| 08/29/16 | LAC | Coordinated Pleadings and Documents Produced by Defendant for Robert Margo. | 0.50 | 90.00 | 45.00 |
| 08/30/16 | ALP | Draft response to Haskett's Motion for Protective Order. | 7.50 | 200.00 | 1,500.00 |
| 08/30/16 | LHM | Correspondence with Court regarding Haskett's request for discovery hearing. Review additional communications from Plaintiff. | 0.75 | 390.00 | 292.50 |
| 08/31/16 | LHM | Review of multiple orders from the Court. Preparation of Supplemental Discovery Responses. | 1.25 | 390.00 | 487.50 |
| 09/01/16 | LHM | Review of draft Expert Opinion. Telephone conference with Robert Margo. E-mail and mail expert report to Haskett per the court's deadlines. Organize documents for production. | 1.00 | 390.00 | 390.00 |
| 09/02/16 | LHM | Review discovery responses from T.S. Dudley and prepare for submission. | 1.00 | 390.00 | 390.00 |
| 09/05/16 | LHM | E-mail with Haskett regarding most recent demands. | 0.25 | 390.00 | 97.50 |
| 09/06/16 | LHM | E-mails from Haskett. Preparation of documents for production. | 1.00 | 390.00 | 390.00 |
| 09/06/16 | ALP | Compile documents to disclose after entry of Protective Order. | 0.30 | 200.00 | 60.00 |
| 09/08/16 | ALP | Research issues to be presented in the Motion Summary Judgment. | 2.30 | 200.00 | 460.00 |
| 09/09/16 | LHM | E-mail with Haskett regarding more absurd discovery issues from him. | 0.25 | 390.00 | 97.50 |
| 09/09/16 | ALP | Research Motion for Summary Judgment and local court rules, procedural posture, issues for consideration, factual background, etc. | 1.20 | 200.00 | 240.00 |
| 09/12/16 | ALP | Research and draft Motion for Summary Judgment. Research Gilmore Orders on Employment Discrimination cases. | 2.00 | 200.00 | 400.00 |
| 09/13/16 | ALP | Research and draft Motion for Summary Judgment. | 2.60 | 200.00 | 520.00 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 6

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/15/16 | LHM | Review Motion to Exclude Expert.   Initial preparation to respond to same. | 0.75 | 390.00 | 292.50 |
| 09/19/16 | ALP | Research and Draft Motion for Summary Judgment. Review documents produced in discovery to draft statement of undisputed material facts. | 4.20 | 200.00 | 840.00 |
| 09/20/16 | ALP | Compile documents and undisputed Material Fact information. | 3.00 | 200.00 | 600.00 |
| 09/22/16 | ALP | Research for Motion for Summary Judgment including Independent contractor argument and ADEA Claims | 5.90 | 200.00 | 1,180.00 |
| 09/25/16 | LHM | Legal Research regarding Daubert Motion filed by Haskett.   Initial preparation of response. | 1.00 | 390.00 | 390.00 |
| 09/27/16 | ALP | Research and draft Defendants Motion for Summary Judgment. | 2.10 | 200.00 | 420.00 |
| 09/28/16 | ALP | Research and draft Motion for Summary Judgment. | 3.20 | 200.00 | 640.00 |
| 09/30/16 | LHM | Preparation of Response to Daubert Motion. | 3.00 | 390.00 | 1,170.00 |
| 10/03/16 | LHM | Additional work on Response to Daubert Motion.   Identify emails and exhibits regarding same.   Finalize same. | 3.00 | 390.00 | 1,170.00 |
| 10/03/16 | ALP | Research and Draft Motion for Summary Judgment; Draft Statements of undisputed material facts, review new discovery motion filed by Haskett. | 4.00 | 200.00 | 800.00 |
| 10/04/16 | ALP | Draft undisputed material facts. | 3.00 | 200.00 | 600.00 |
| 10/04/16 | LAC | Review and describe each document produced by client for easy reference in this matter. | 1.10 | 90.00 | 99.00 |
| 10/06/16 | ALP | Draft Motion for Summary Judgment | 1.40 | 200.00 | 280.00 |
| 10/07/16 | ALP | Research and draft Motion for Summary Judgment. | 2.00 | 200.00 | 400.00 |
| 10/10/16 | ALP | Review Aldridge affidavit for Motion for Summary Judgment. | 1.00 | 200.00 | 200.00 |
| 10/10/16 | LHM | Work on Motion for Summary Judgment. | 1.00 | 390.00 | 390.00 |
| 10/10/16 | TC | Proof motion for summary judgment per Ashley Powell. | 0.60 | 85.00 | 51.00 |
| 10/11/16 | TC | Add cites to Motion for Summary Judgment and review. | 1.00 | 85.00 | 85.00 |
| 10/11/16 | ALP | Draft Motion for Summary Judgment; coordinate with Jeff Aldridge on Affidavit, review contractor applications, etc. | 2.00 | 200.00 | 400.00 |
| 10/12/16 | LHM | Revision of Motion for Summary Judgment. | 2.75 | 390.00 | 1,072.50 |
| 10/12/16 | TC | Telephone conference with Ashley Powell; locate EEOC information; draft letter to EEOC regarding FOIA request. | 0.40 | 85.00 | 34.00 |
| 10/13/16 | ALP | Update Motion for Summary Judgment and add required sections per Judge Gilmore's rules. Prepare supplemental discovery responses and transmit to PDH. | 6.50 | 200.00 | 1,300.00 |
| 10/13/16 | LAC | Additional description of documents for easy identification and use throughout this matter. | 1.50 | 90.00 | 135.00 |
| 10/14/16 | ALP | Reduce length of brief to meet requirements. | 2.70 | 200.00 | 540.00 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 7

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/14/16 | TC | Finalize Motion for Summary Judgment for filing. | 0.30 | 85.00 | 25.50 |
| 10/17/16 | LHM | Review of Reply Brief filed by Haskett. | 0.50 | 390.00 | 195.00 |
| 10/20/16 | LHM | Work on response to Motion to Modify Order and Motion to Compel. | 3.00 | 390.00 | 1,170.00 |
| 10/21/16 | LHM | Additional work on response brief.   Legal research regarding same.   Revision of draft. | 1.25 | 390.00 | 487.50 |
| 10/29/16 | LHM | Review of Reply Brief. | 0.30 | 390.00 | 117.00 |
| 11/02/16 | LHM | Several emails from Haskett.   Respond to same.   Preparation of Notice of Mailing. | 0.50 | 390.00 | 195.00 |
| 11/03/16 | LAC | Reviewed and summary book-marked documents produced by Phillip Haskett for easy identification and use during the pendency of this matter. | 4.00 | 90.00 | 360.00 |
| 11/17/16 | LAC | Review of documents produced by the EEOC and summarized book-marked documents for easy access; Compiled listing of documents for discovery file. | 3.40 | 90.00 | 306.00 |
| 11/28/16 | ALP | Review Haskett's Motion for Extension of time to respond to Motion for Summary Judgment. | 0.30 | 200.00 | 60.00 |
| 12/06/16 | LHM | Review of emails from Haskett.   Review of new discovery issues from Haskett.   Initial preparation of response to Motion for Extension of Time to respond to Summary Judgment Motion. Legal research regarding Haskett's actions in other cases in filing similar motions. | 3.00 | 390.00 | 1,170.00 |
| 12/07/16 | LHM | Additional revision of Response to Motion to Extend Time. | 1.50 | 390.00 | 585.00 |
| 12/08/16 | LHM | Additional final work on response regarding Motion to Extend Time and preparation of proposed Order denying Plaintiff's Motion. | 1.00 | 390.00 | 390.00 |
| 12/22/16 | LHM | Review of latest filing from Haskett. | 0.75 | 390.00 | 292.50 |
| 12/27/16 | LHM | Work on Responses to additional discovery requests received from Haskett. | 2.75 | 390.00 | 1,072.50 |
| 12/30/16 | LHM | E-mail with Haskett and with Shardonofsky regarding deposition notices he intends to serve. | 0.50 | 390.00 | 195.00 |
| 01/02/17 | LHM | Lengthy e-mail with Haskett.   Review response to same.   Notes for letter to court regarding bad faith notice from Haskett.   E-mail with Tom Havenstrite. | 1.00 | 390.00 | 390.00 |
| 01/03/17 | LHM | Preparation of letter to court regarding discovery issues. Telephone conference with Tom Dudley.   Voicemail to Jeff Aldridge and to Annika.   Revision of Discovery Responses. Telephone conference with Annika Elliot.   E-mail letter to court. | 2.50 | 390.00 | 975.00 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 8

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/06/17 | LHM | Preparation of Response to Discovery Motion.   E-mail with Court regarding hearing.   E-mail with Annika Elliot. | 1.75 | 390.00 | 682.50 |
| 01/09/17 | LHM | Review of letters to prepare for telephonic hearing.   E-mail with Case Manager regarding Judge's docket requiring a change of the time for the hearing.   Legal research regarding location for depositions.   Conference with Court.   E-mail with Tom Havenstrite.   Telephone conference with Tom.   E-mail with Case Manager. | 2.50 | 390.00 | 975.00 |
| 01/16/17 | SMR | Reviewed the Court Procedures for Judge George C. Hanks, Jr., to determine what needs to be done to resolve discovery issue regarding identity of officer pursuant to Rule 28 and e-mailed Ashley Powell regarding same (1.00). | 1.00 | 200.00 | 200.00 |
| 01/16/17 | ALP | Review request regarding identifying court officer for depositions in Oklahoma City. Draft letter, research new judge's local rules, correspond with Laura McConnell-Corbyn   regarding same. | 0.50 | 215.00 | 107.50 |
| 01/17/17 | ALP | Follow up with Haskett regarding Rule 28 officer; address status conference set during depositions. File letters requesting a pre-conference hearing and for leave to appear by telephone for the status conference and pre conference hearing. | 1.20 | 215.00 | 258.00 |
| 01/18/17 | LHM | Multiple emails regarding Haskett.   Schedule for Status Conference and travel to same.   Haskett objects to our appearing by phone. | 0.50 | 390.00 | 195.00 |
| 01/18/17 | ALP | Draft and send proposed order on Motion to Appear by Telephone. Revisit rules regarding stricken motion; correspond with Laura McConnell-Corbyn re same. | 0.10 | 215.00 | 21.50 |
| 01/20/17 | LAC | Pulled documents for use at meeting on Monday with Tom J. Havenstrite and for Status Conference. | 1.80 | 90.00 | 162.00 |
| 01/22/17 | LHM | Preparation for Meeting with Tom Havenstrite and Rick Lee. Preparation for hearing on various Motions in Galveston. Preparation of summary of ages of contractors. | 3.50 | 390.00 | 1,365.00 |
| 01/23/17 | LHM | Meeting with Tom Havenstrite and Rick Lee.   Review of all documents produced regarding any support for claims of Haskett or responses to same. | 6.50 | 390.00 | 2,535.00 |
| 01/23/17 | ALP | Research proper persons to be appointed as officers under FRCP Rules 28, 30. | 1.00 | 215.00 | 215.00 |
| 01/24/17 | LHM | Travel to Galveston and appear for hearings on multiple issues. Return from Galveston. | 12.00 | 390.00 | 4,680.00 |
| 01/24/17 | ALP | Research limitations on Motions for Summary Judgment in S.D. Tex. Research and draft potential motion for summary judgment on counter claims against Haskett. | 3.90 | 215.00 | 838.50 |
| 01/26/17 | LHM | Work on responses to discovery issues. | 1.00 | 390.00 | 390.00 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 9

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/26/17 | ALP | Review documents for supplemental production; cross reference emails between Jeff Aldridge and Kevin Ferdausian regarding hiring. | 1.20 | 215.00 | 258.00 |
| 01/27/17 | ALP | Research and Draft Motion for Summary Judgment; review and collect evidence for Motion for Summary Judgment on Counterclaim. | 2.90 | 215.00 | 623.50 |
| 01/29/17 | LHM | Preparation of summary of position statements for meeting with Haskett and email with Steve Shardonofsky regarding same. | 1.50 | 390.00 | 585.00 |
| 01/30/17 | LHM | Review filings from Haskett.   E-mail with Haskett regarding his failure to include name of Rule 28 officer in Notice to Take Depositions. | 1.50 | 390.00 | 585.00 |
| 01/30/17 | ALP | Research and Draft Motion for Summary Judgment on counterclaims; | 3.40 | 215.00 | 731.00 |
| 01/31/17 | LHM | Telephone conference with Steve Shardonofsky and revision of letter to court,   E-mail with Tom Havenstrite. | 1.00 | 390.00 | 390.00 |
| 01/31/17 | ALP | Research and draft Motion for Summary Judgment on Counterclaim. Conference with Laura McConnell-Corbyn re pre-motion letter; Call with Steve Shardonofsky re pre-conference conferral with opposing party. Pull exhibits for motion for summary judgment. | 10.30 | 215.00 | 2,214.50 |
| 02/01/17 | LHM | Additional review of latest Haskett filings. | 0.50 | 390.00 | 195.00 |
| 02/01/17 | ALP | Revise draft of motion for summary judgment, additional research on abuse of process Motion for Summary Judgment, Add citations to Statement of Undisputed material facts and exhibits, etc. | 3.10 | 215.00 | 666.50 |
| 02/02/17 | LHM | Review of most recent orders entered today denying request to have subpoenas served by Marshall's office. | 0.25 | 390.00 | 97.50 |
| 02/03/17 | LHM | Review of more Haskett filings.   E-mail with Tom and Rick Lee. | 1.25 | 390.00 | 487.50 |
| 02/03/17 | ALP | Draft response to Haskett's Motion to Disqualify Laura McConnell-Corbyn. Prepare Reply in Response to PDH's Response to TSD's Motion for Summary Judgment. | 2.50 | 215.00 | 537.50 |
| 02/06/17 | ALP | Research and draft Defendant's response to Plaintiff's Motion to Disqualify Laura McConnell-Corbyn (4.8); Research and draft Reply to Plaintiff's response to Dudley's Motion for Summary Judgment. | 5.10 | 215.00 | 1,096.50 |
| 02/07/17 | LHM | Review draft regarding discovery.   Review of documents regarding billings from contractors and documents that could possibly be produced by agreement.   E-mail with Shardonofsky. Review orders of court.   Review Haskett filings. | 4.50 | 390.00 | 1,755.00 |
| 02/07/17 | ALP | Research and draft response to Plaintiff's dispute of material facts relied on by Dudley. | 5.30 | 215.00 | 1,139.50 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 10

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/08/17 | ALP | Research and draft response to Plaintiff's Dispute of Material Facts. | 5.60 | 215.00 | 1,204.00 |
| 02/09/17 | ALP | Draft Reply in support of Motion for Summary Judgment; develop additional research. | 2.20 | 215.00 | 473.00 |
| 02/10/17 | ALP | Update and finalize draft on Reply in support of Motion for Summary Judgment and prepare for filing. | 1.40 | 215.00 | 301.00 |
| 02/13/17 | LHM | Review and revision of Motion for Partial Summary Judgment.  E-mail from Haskett.   Review and revision of Response to Motion to Disqualify. | 3.00 | 390.00 | 1,170.00 |
| 02/13/17 | ALP | Review and revise Motion for Summary Judgment on abuse of process and Response to motion to disqualify Laura McConnell-Corbyn. | 1.80 | 215.00 | 387.00 |
| 02/14/17 | LHM | Revision of Motion for Summary Judgment and Disqualification Briefs. | 1.00 | 390.00 | 390.00 |
| 02/14/17 | ALP | Review and gather exhibits for Defendant's response to Motion to Disqualify Laura McConnell-Corbyn; review and gather exhibits for Defendant's Motion for Partial Summary Judgment on Defendant's Counterclaim. | 3.60 | 215.00 | 774.00 |
| 02/16/17 | TC | Interoffice conference with Ashley Powell; research. | 0.80 | 85.00 | 68.00 |
| 02/19/17 | ALP | Research response to Plaintiff's Motion to Sever or Bifurcate. | 1.10 | 215.00 | 236.50 |
| 02/20/17 | ALP | Research and draft response to Plaintiff's Motion to Sever or bifurcate. | 2.50 | 215.00 | 537.50 |
| 02/21/17 | ALP | Research and draft Response to Motion to Sever. | 5.70 | 215.00 | 1,225.50 |
| 02/24/17 | LHM | Review and revision of Response to Motion to Sever. | 1.00 | 390.00 | 390.00 |
| 02/24/17 | ALP | Review and update Response to motion to sever. | 0.20 | 215.00 | 43.00 |
| 02/28/17 | ALP | Call with Orange Energy Counsel | 0.10 | 215.00 | 21.50 |
| 03/01/17 | LHM | Review latest order.   Research other case matters and the status of those that are upcoming and Fifth Circuit orders. | 1.20 | 390.00 | 468.00 |
| 03/08/17 | ALP | Update and plan next steps in case for supplementing responses, etc. compile list of supplemental information promised. List individuals/entities considered for the June 2013 contractor position by bates number. | 2.50 | 215.00 | 537.50 |
| 03/09/17 | ALP | Prepare and update contractor table indicating ages and bates numbers (.6) Review Motions / Responses received from Haskett. (.3) | 0.90 | 215.00 | 193.50 |
| 03/13/17 | LHM | E-mail with Tom regarding additional discovery responses needed in the case. | 0.25 | 390.00 | 97.50 |
| 03/21/17 | LHM | E-mail with Tom Havenstrite regarding discovery issues. | 0.25 | 390.00 | 97.50 |
| 03/21/17 | ALP | Research other uses for "bad acts" evidence under FRE 404. | 3.80 | 215.00 | 817.00 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC                                                     March 5, 2018
                                                                              Invoice
                                                                              Page 11

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/23/17 | LHM | Preparation of supplemental discovery responses. | 0.25 | 390.00 | 97.50 |
| 03/26/17 | LHM | Work on supplemental discovery responses to send to Haskett. | 0.75 | 390.00 | 292.50 |
| 03/27/17 | LHM | Review and revision of Brief regarding Motion in Limine. | 0.30 | 390.00 | 117.00 |
| 03/27/17 | ALP | Research and draft response to Motion in Limine. | 5.90 | 215.00 | 1,268.50 |
| 03/28/17 | ALP | File Response to Plaintiff's Motion in Limine. | 0.10 | 215.00 | 21.50 |
| 03/30/17 | LHM | Review Motion to Continue filed by Haskett. | 0.50 | 390.00 | 195.00 |
| 03/31/17 | ALP | Update supplemental responses to discovery (2.2); review motion to amend scheduling order and pull information for discovery timeline (1.1). | 3.30 | 215.00 | 709.50 |
| 04/03/17 | LHM | Travel to Galveston.   Appearance before Judge Hanks regarding discovery issues and scheduling for trial. | 11.00 | 390.00 | 4,290.00 |
| 04/03/17 | ALP | Call with Laura about discovery conference. Follow up with HR at T.S. Dudley, review, research and begin drafting response to Motion to Amend Scheduling Order. | 5.50 | 215.00 | 1,182.50 |
| 04/04/17 | ALP | Draft response to Plaintiff's Motion to Amend Scheduling Order. Call with Annika regarding "Rockies ROW" and "Texas Landwork" emails; | 6.50 | 215.00 | 1,397.50 |
| 04/05/17 | ALP | Review communications and information regarding discovery and disputes regarding discovery for response to motion to amend scheduling order. | 3.80 | 215.00 | 817.00 |
| 04/06/17 | LHM | Preparation of supplemental discovery responses and revision of same. | 1.00 | 390.00 | 390.00 |
| 04/06/17 | ALP | Draft Response to Motion to Amend Scheduling Order. | 5.50 | 215.00 | 1,182.50 |
| 04/07/17 | LHM | Revision of response to Motion to Amend Scheduling Order. | 3.00 | 390.00 | 1,170.00 |
| 04/07/17 | ALP | Draft response to Motion to Amend Scheduling Order; prepare exhibits. Call with Annika Elliot regarding additional applications for contractor work in 2013. | 3.20 | 215.00 | 688.00 |
| 04/10/17 | LHM | Additional revision of response.   Interoffice conference with Ashley Powell regarding discovery responses with regard to Rockies prospect and Texas work.   Finalize Response to Motion to Continue. | 3.20 | 390.00 | 1,248.00 |
| 04/10/17 | ALP | Correspond with Annika Elliot and Lee Mayhew regarding contractors applying | 1.20 | 215.00 | 258.00 |
| 04/11/17 | ALP | Work with Annika Elliot to gather responsive documents regarding Texas Land projects. | 1.10 | 215.00 | 236.50 |
| 04/12/17 | ALP | Call with Annika regarding identifying which contractors information is relevant to supplemental production. | 0.50 | 215.00 | 107.50 |
| 04/17/17 | ALP | Review documents and prepare for production of documents. | 0.80 | 215.00 | 172.00 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 12

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/18/17 | ALP | Review and redact documents from client showing contractors retained for Texas jobs in July through November. | 0.90 | 215.00 | 193.50 |
| 04/24/17 | ALP | Review redactions for document production; research response to provision of authority regarding contact information, Review previous production for contact information for three contractors. Research authorities provided in Plaintiff's Notice of authorities and draft response. | 6.10 | 215.00 | 1,311.50 |
| 04/25/17 | ALP | Research authorities related to continuing violations and draft response to Plaintiff's Notice of Authorities. | 7.80 | 215.00 | 1,677.00 |
| 04/26/17 | ALP | Research and draft response to Plaintiff's Notice of Authorities. Outline and organize authorities for same. | 6.80 | 215.00 | 1,462.00 |
| 04/27/17 | ALP | Draft Response to Plaintiff's Notice of Authorities. | 4.90 | 215.00 | 1,053.50 |
| 05/04/17 | ALP | Draft Pretrial Conference Statement. Pull 5th Circuit jury instructions review local rules and Judge Hanks' rules regarding pretrial orders. | 0.90 | 215.00 | 193.50 |
| 05/05/17 | LAC | Review of documents and preparation for trial exhibits to be exchanged pursuant to the Court Rules. | 7.00 | 90.00 | 630.00 |
| 05/05/17 | ALP | Draft Pretrial Order. | 1.70 | 215.00 | 365.50 |
| 05/07/17 | ALP | Draft Pretrial Conference Order. | 3.50 | 215.00 | 752.50 |
| 05/08/17 | LAC | Cont'd review of documents and drafting of exhibit listing for trial; Pulled all exhibits in preparation for review by Laura McConnell-Corbyn. | 2.20 | 90.00 | 198.00 |
| 05/08/17 | ALP | Call with Laura regarding to do list for pretrial order and responses to updated discovery request. Work on drafting disputed versus undisputed facts and law. | 4.50 | 215.00 | 967.50 |
| 05/09/17 | LHM | Additional work on response to "Notice of Authorities" | 1.00 | 390.00 | 390.00 |
| 05/09/17 | ALP | Draft Pretrial Order. | 2.00 | 215.00 | 430.00 |
| 05/10/17 | LHM | Response to discovery requests. | 0.50 | 390.00 | 195.00 |
| 05/10/17 | ALP | Draft pretrial order, agreed/contested facts continued, agreed propositions of law (3); Research and Draft Jury Instructions(4.3); create initial draft of venire panel questions (1). | 8.30 | 215.00 | 1,784.50 |
| 05/11/17 | ALP | Research methods of pro se witness examination (2); Research jury instruction regarding availability of an employee position (2) Work on Venire Panel Questions (.7) and Jury Instructions (.8) Prepare Memorandum of Law (1.4) | 6.90 | 215.00 | 1,483.50 |
| 05/12/17 | ALP | Research and draft Motion in Limine regarding narrative testimony. | 4.50 | 215.00 | 967.50 |
| 05/14/17 | LHM | Review and revision of Pretrial Conference Order draft.   E-mail with Haskett regarding request for draft from him. | 2.00 | 390.00 | 780.00 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC                                               March 5, 2018
                                                                        Invoice
                                                                        Page 13

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/15/17 | LHM | Work on Pretrial Order.   Review and revision of Exhibits for trial. Preparation of Witness List. | 6.00 | 390.00 | 2,340.00 |
| 05/15/17 | ALP | Draft Motion in Limine; meet with Laura McConnell-Corbyn regarding filings due in the next week. Identify documents that need to be certified; identify additional exhibits, etc. Draft Summary for Texas contractors; draft timeline for use at trial. | 3.00 | 215.00 | 645.00 |
| 05/16/17 | LHM | Work on exhibits.   E-mail with Court.   Revision of inserts to Pretrial Conference Order. | 4.20 | 390.00 | 1,638.00 |
| 05/16/17 | ALP | Research and draft abuse of process instructions; Research and Draft Memorandum of Law. | 2.00 | 215.00 | 430.00 |
| 05/16/17 | LAC | Office conference with Laura McConnell-Corbyn in regard to exhibits needed for trial;   Reorganization of exhibits for second review by Laura McConnell-Corbyn in preparation for final exhibits; Revised exhibit list. | 2.10 | 90.00 | 189.00 |
| 05/17/17 | LHM | Revision of Pretrial Order Inserts.   Review and revision of Jury Instructions and additional legal research regarding same. Revision of Inserts. E-mail Haskett regarding deposition of Robert Margo.   Change docketing on Pretrial/Docket call. | 3.75 | 390.00 | 1,462.50 |
| 05/17/17 | ALP | Research and draft memorandum of law; compile exhibits for appendix. | 5.50 | 215.00 | 1,182.50 |
| 05/17/17 | LAC | Revisions to exhibits to be used at trial; Begin preparation and collation of exhibits for trial. | 6.90 | 90.00 | 621.00 |
| 05/18/17 | LHM | E-mail with Haskett regarding Video Deposition.   Preparation of Motion regarding same.   Revision of Inserts to Pretrial Order. | 3.00 | 390.00 | 1,170.00 |
| 05/18/17 | ALP | Draft Memorandum of Law; reference to Appendix, etc. Research and draft section on measure of damages for abuse of process. | 6.10 | 215.00 | 1,311.50 |
| 05/18/17 | LAC | Preparation of Defendant's trial exhibits to be exchanged with Mr. Haskett. | 6.00 | 90.00 | 540.00 |
| 05/19/17 | LHM | Additional work on Memorandum of Law, Motion in Limine, Pretrial Inserts, appendix, exhibits, all filings needed by 5-19-2017. Multiple e-mails with Haskett regarding documents and requests for his portions of the documents. | 6.00 | 390.00 | 2,340.00 |
| 05/19/17 | ALP | Review legal research from Shardonofsky for incorporation into Memorandum of Law; Finalize draft of section regarding damages for abuse of process. Add section to Motion in Limine. Update and cross check Appendix items to produce to Haskett. | 4.90 | 215.00 | 1,053.50 |
| 05/19/17 | TC | Review and revise brief; multiple interoffice conferences with Ashley Powell. | 2.30 | 85.00 | 195.50 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 14

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/19/17 | LAC | Cont'd   revisions, review and collation of exhibit books to be sent to Plaintiff today pursuant to the Southern District of Texas court rules. | 7.00 | 90.00 | 630.00 |
| 05/22/17 | LHM | E-mail with Ashley Powell regarding documents we need to draft to anticipate what Haskett will file today.   As usual, Haskett disregards the Court orders and files his own documents without compliance with the rules.   Filing our own documents that Haskett was supposed to file.   Preparation of Motion for Sanctions. Review facts for Motion to Strike Exhibits.   E-mail Haskett regarding his non-compliance. | 3.50 | 390.00 | 1,365.00 |
| 05/22/17 | ALP | Update table of authorities, draft motion for extension of time and notice of separate PTO. Update PTO to properly reflect agreed/contested issues of fact and law; Draft Motion for sanctions. | 5.20 | 215.00 | 1,118.00 |
| 05/22/17 | LAC | Preparation of trial exhibits for Judge George C. Hanks, Jr. and for the Witnesses use at trial. | 6.80 | 90.00 | 612.00 |
| 05/23/17 | ALP | Identify evidence rules for objections to Haskett's trial exhibits. Draft Motion to Strike Witness List. Identify issues in plaintiffs proposed jury instructions. | 2.00 | 215.00 | 430.00 |
| 05/24/17 | ALP | Draft responses to Motion to Compel Discovery; Second Motion in Limine; Draft orders for submission to court, Motion to Compel telephone contact information; Motion to file trial brief out of time. Create unified jury instructions and assign research for same. | 7.20 | 215.00 | 1,548.00 |
| 05/24/17 | LHM | Review and revision of pretrial filings. | 4.50 | 390.00 | 1,755.00 |
| 05/24/17 | WN | Met with Ashley Powell regarding jury instructions; drafted memo regarding jury instructions; met with Ashley Powell again regarding jury instructions; worked on jury instructions to combine. | 6.00 | 50.00 | 300.00 |
| 05/25/17 | ALP | Reply to Plaintiff's Motion to Compel Discovery (4); Draft response to Plaintiff's Motion for Disclosure of Telephone Contact Information. (1.9) | 5.90 | 215.00 | 1,268.50 |
| 05/26/17 | LHM | Preparation of Objections to Exhibits.   Revision of Objections. Revision of Response to Motions filed by Haskett. | 1.50 | 390.00 | 585.00 |
| 05/26/17 | ALP | Draft response to Plaintiff's Motion for Disclosure of Telephone Contact information; | 5.40 | 215.00 | 1,161.00 |
| 05/28/17 | LHM | Review and revision of several motions that are due to be filed. | 1.50 | 390.00 | 585.00 |
| 05/29/17 | LHM | Review and revision of responses to Haskett's motions. | 1.00 | 390.00 | 390.00 |
| 05/29/17 | ALP | Edit and update two motion drafts for filing (.5) Draft Response to Haskett's motion to file trial brief out of time (2.8) | 3.30 | 215.00 | 709.50 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 15

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/30/17 | ALP | Draft response to Plaintiff's request for extension of time to file Memorandum of Law (1.2); draft responses to Motions to compel discovery and for telephone contact information (1) | 2.20 | 215.00 | 473.00 |
| 05/31/17 | LHM | Preparation for pretrial conference. Call to Jeff Aldridge. Call to Tom Havenstrite. Review exhibits for preparation to discuss the same regarding objections. | 3.50 | 390.00 | 1,365.00 |
| 06/01/17 | LHM | Appear for Pretrial Conference in Galveston. Court moves trial date and issues rulings regarding certain of the motions. Court indicates he will rule on Motions for Summary Judgment which will affect the trial. Trial is reset to Sept. 27. | 10.00 | 390.00 | 3,900.00 |
| 06/02/17 | LHM | E-mail with Court regarding discrepancy in Minute Order regarding date for trial. E-mail with Tom updating him regarding the pretrial and the new trial date. | 0.50 | 390.00 | 195.00 |
| 06/16/17 | ALP | Review Plaintiff's response to Defendant's Motion in limine and research and Draft Reply in support of Motion in Limine. | 2.30 | 215.00 | 494.50 |
| 06/19/17 | LHM | Review and revise response to Objection to Motion in Limine. | 0.50 | 390.00 | 195.00 |
| 06/19/17 | ALP | Draft reply in support of Defendant's Motion in Limine. | 2.00 | 215.00 | 430.00 |
| 06/21/17 | ALP | Research regarding response to Plaintiff's Motion to Strike for failure to confer before filing certain motions. | 2.60 | 215.00 | 559.00 |
| 06/22/17 | ALP | Research conferral requirement and draft response to Plaintiff's Motion to Strike motions for Non-Conferral. | 2.50 | 215.00 | 537.50 |
| 06/23/17 | ALP | Research and draft response to Plaintiff's motion to strike motions for non conferral. | 1.00 | 215.00 | 215.00 |
| 06/26/17 | ALP | Outline and research response to Plaintiff's motion to strike for failure to confer. | 0.40 | 215.00 | 86.00 |
| 06/27/17 | ALP | Draft Response to Motion to Strike. | 3.10 | 215.00 | 666.50 |
| 06/28/17 | ALP | Draft response to Motion to Strike. | 1.20 | 215.00 | 258.00 |
| 06/29/17 | ALP | Add section to Response regarding failure of Plaintiff to timely respond to the motions he seeks to strike. | 1.90 | 215.00 | 408.50 |
| 06/30/17 | ALP | Review/proof Response to Plaintiff's Motion to Strike for Non Conferral. | 0.40 | 215.00 | 86.00 |
| 07/05/17 | ALP | Modify response to Haskett's Motion to strike for non-conferral and work in email. | 0.50 | 215.00 | 107.50 |
| 08/23/17 | LHM | Telephone conference with Nathan Whatley regarding Continental Case with Haskett and obtaining deposition transcript from Haskett deposition in that case. Telephone conference with Kristin Simpson regarding status of their case for trial. | 0.50 | 390.00 | 195.00 |
| 08/28/17 | LHM | E-mail from Haskett with additional out-of-time documents. Compare prior witness list to new list. | 1.00 | 390.00 | 390.00 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 16

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/29/17 | ALP | Draft an Opposed Motion to Strike Amended Witness and Exhibit Lists. | 2.00 | 215.00 | 430.00 |
| 08/30/17 | ALP | Research and Draft Motion to Strike Plaintiff's Amended Witness and Exhibit List. | 1.00 | 215.00 | 215.00 |
| 08/31/17 | ALP | Update Motion to strike, locate exhibits produced by Haskett on CD; review Haskett's deposition transcript. | 2.80 | 215.00 | 602.00 |
| 09/01/17 | LHM | Work on Trial Worksheet from Haskett regarding trial presentation. | 1.75 | 390.00 | 682.50 |
| 09/01/17 | ALP | ID Witnesses and call to follow up with them about status as listed witnesses. | 2.10 | 215.00 | 451.50 |
| 09/06/17 | ALP | Finalize motion to strike for filing, prepare proposed order, exhibits, etc. | 0.50 | 215.00 | 107.50 |
| 09/10/17 | LHM | Preparation of Response to Trial Worksheet and exhibits to same. | 1.20 | 390.00 | 468.00 |
| 09/11/17 | ALP | Call with Annika Elliot regarding temporary employees. | 0.30 | 215.00 | 64.50 |
| 09/18/17 | LHM | Review of Memorandum and Order.   E-mail with Tom Havenstrite.   Review outstanding Motions. | 1.00 | 390.00 | 390.00 |
| 10/04/17 | ALP | Research and draft response to Plaintiff's Motion for Final Order. | 4.00 | 215.00 | 860.00 |
| 10/05/17 | LHM | E-mail from Rebecca Mickey.   Telephone conference with Rebecca. | 0.50 | 390.00 | 195.00 |
| 10/07/17 | LHM | Telephone conference with Rebecca Mickey regarding service of law suit on her. Review complaint. | 0.50 | 390.00 | 195.00 |
| 10/11/17 | ALP | Draft response to Motion for Final Order. | 5.00 | 215.00 | 1,075.00 |
| 10/12/17 | ALP | Update draft Response to Haskett's Motion to Certify per discussion with Laura McConnell-Corbyn. Research additional issues. | 1.20 | 215.00 | 258.00 |
| 10/16/17 | ALP | Call with Laura McConnell-Corbyn regarding Mickey Claim, Discuss research for Motion to Dismiss. | 0.30 | 215.00 | 64.50 |
| 10/18/17 | LHM | Telephone conference with Ghislaine Bruner, counsel in Denver. Revision of Motion to Dismiss.   Legal research regarding same. Telephone conference with Rebecca Mickey.   E-mail to Mickey and Bruner regarding draft response and introduction. | 1.75 | 390.00 | 682.50 |
| 12/05/17 | ALP | Review Amended Joint Pretrial Order, Call with Laura McConnell-Corbyn regarding response, Summarize additions/differences between amended pretrial order and proposed jury instruction amendments. Call with R. Mickey regarding allegations of Haskett in Pretrial Order. Pull motions, orders, etc. for comparison, update spreadsheet of outstanding motions. | 3.20 | 215.00 | 688.00 |
| 12/16/17 | LHM | Review and revision of Motion to Strike Plaintiff's sua sponte Pretrial Order that is improperly filed. | 0.50 | 390.00 | 195.00 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 17

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/17/17 | ALP | Research and Draft Motion to Strike Amended Pretrial Order and Revised Jury Instructions | 3.50 | 215.00 | 752.50 |
| 12/18/17 | LHM | E-mail with Haskett. | 0.25 | 390.00 | 97.50 |
| 01/03/18 | LHM | Telephone conference with Robert Margo.   E-mail with Haskett. | 0.50 | 390.00 | 195.00 |
| 01/04/18 | LHM | Telephone conference with Robert Margo regarding his testimony at trial.   E-mail to Haskett.   Respond to his email.   Revision of Notice to Take Deposition. | 0.75 | 390.00 | 292.50 |
| 01/04/18 | ALP | Prepare notice of Trial Deposition re out of state expert unavailable at trial. | 0.25 | 225.00 | 56.25 |
| 01/08/18 | ALP | Review Motion filed and Response to Motion filed by Haskett and outline research plan for drafts of response and reply. | 0.70 | 215.00 | 150.50 |
| 01/10/18 | ALP | Research and draft reply in support of Motion to Strike (1.5); Research and draft Response to Motion for Hearing Pursuant to Fed. R. Evid. 201(e) (2.4) | 3.90 | 215.00 | 838.50 |
| 01/11/18 | ALP | Research and Draft Response to Plaintiff's Motion for hearing under Fed. R. Evid. 201(e). | 5.80 | 215.00 | 1,247.00 |
| 01/11/18 | TC | Telephone conference with Ashley Powell; revise time-line pleading index. | 1.70 | 100.00 | 170.00 |
| 01/12/18 | ALP | Research and draft Response to Plaintiff's Motion for Hearing pursuant to Fed. R. Evid. 201(e). (1.3) Research and draft Response to Plaintiff's Motion to Quash Notice of Trial Deposition of Margo. (3.5) | 4.75 | 225.00 | 1,068.75 |
| 01/12/18 | TC | Continue revision of time-line pleading index. | 2.10 | 100.00 | 210.00 |
| 01/13/18 | LHM | E-mail with A Powell.   Review and revision of Motion and Response. | 1.50 | 390.00 | 585.00 |
| 01/15/18 | ALP | Research and draft response to Plaintiff's Motion to Quash Deposition of Robert Margo. Correspond with Laura McConnell-Corbyn regarding same. | 2.50 | 225.00 | 562.50 |
| 01/16/18 | LHM | Meeting with Robert Margo and preparation for deposition of Mr. Margo.   Revision of Briefs in response to Haskett filings. | 3.00 | 390.00 | 1,170.00 |
| 01/16/18 | ALP | Revise Reply in support of Motion to Strike and Response to Motion for FRE 201 Hearing. Coordinate certified copies of orders from Colorado. | 1.80 | 225.00 | 405.00 |
| 01/17/18 | LHM | Telephone conference with Tom Havenstrite. | 0.25 | 390.00 | 97.50 |
| 01/18/18 | LHM | Telephone conference with Guislane Bruner.   E-mail documents to her for her use in the Mickey case.   Preparation of exhibits for deposition of Robert Margo.   E-mail (yesterday) to Haskett with call in number.   Attend deposition of Robert Margo. | 5.25 | 390.00 | 2,047.50 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 18

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/18/18 | ALP | Correspond with Laura McConnell-Corbyn regarding trial; witnesses, exhibits, etc. Research court review of in forma pauperis challenge. Review dockets for documents needed from related cases, Review Judge Hanks rules for changes. | 3.50 | 225.00 | 787.50 |
| 01/19/18 | LHM | Work on trial preparation.  Review exhibits for the ones that can be excluded in light of summary judgment in favor of TSD. | 2.00 | 390.00 | 780.00 |
| 01/19/18 | ALP | Prepare outline of items needed for trial/pretrial; draft summary of cases regarding IFP status, etc. Coordinate training on courtroom equipment, | 5.10 | 225.00 | 1,147.50 |
| 01/20/18 | LHM | Preparation for trial.  Review exhibits to limit those to the ones specifically needed for trial.  E-mail with Haskett regarding joint trial notebook. | 3.00 | 390.00 | 1,170.00 |
| 01/22/18 | LHM | Review latest filings from Haskett.  Preparation of Joint Trial Notebook. | 2.00 | 390.00 | 780.00 |
| 01/22/18 | ALP | Meet with Toni Caruso regarding Trial Notebooks and Exhibits. Review exhibit issues and address newly filed motions. | 2.00 | 225.00 | 450.00 |
| 01/22/18 | TC | Interoffice conference with Laura McConnell-Corbyn; prepare trial exhibits; draft exhibit list with stricken exhibits; interoffice conference with Laura McConnell-Corbyn and Ashley Powell; prepare Judge's trial notebook.  Correct all parties' exhibit notebooks. | 6.30 | 100.00 | 630.00 |
| 01/23/18 | LHM | Preparation for trial. | 2.50 | 390.00 | 975.00 |
| 01/23/18 | ALP | Draft motion to strike pleadings filed 1/22/18. Correspond with Laura McConnell-Corbyn regarding trial and prepare for trial. | 4.20 | 225.00 | 945.00 |
| 01/23/18 | TC | Continue preparation of exhibit notebooks and Court's trial notebook; interoffice conference with Laura McConnell-Corbyn and Ashley Powell. | 1.20 | 100.00 | 120.00 |
| 01/24/18 | LHM | Preparation of exhibits and preparation for hearing. | 3.50 | 390.00 | 1,365.00 |
| 01/24/18 | ALP | Research effect of filing motion to quash and for protective order in federal court regarding plaintiff's claim of automatic protective order upon filing of same. Correspond with Laura McConnell-Corbyn regarding prep for pretrial. | 1.40 | 225.00 | 315.00 |
| 01/24/18 | TC | Finalize trial notebooks and exhibits; multiple interoffice conferences with Laura McConnell-Corbyn; draft letter to Haskett. | 2.60 | 100.00 | 260.00 |
| 01/25/18 | LHM | Review Order Dismissing claims against Rebecca Mickey.  E-mail with Ghislaine Bruner.  E-mail with Tom Havernstrite.  Review latest Haskett filing.  Travel to Galveston for hearing on docket call.  E-mail summary to A. Powell with instructions regarding drafting Motion response. | 11.20 | 390.00 | 4,368.00 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 19

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/26/18 | LHM | Telephone conference with Tom.   Organize materials from hearing.   E-mail with A Powell. | 1.00 | 390.00 | 390.00 |
| 02/27/18 | ALP | Research appeal and post judgment motion issues. | 1.70 | 225.00 | 382.50 |
| 02/28/18 | ALP | Research grounds to oppose Motion to Reconsider. | 0.10 | 225.00 | 22.50 |
| 03/02/18 | ALP | Research and draft Rule 11 Motion for Sanctions/Fees. | 6.60 | 225.00 | 1,485.00 |
| 03/03/18 | ALP | Research and draft Response to Plaintiff's Motion to Vacate and Dudley's Rule 58 motion. | 2.50 | 225.00 | 562.50 |
| 03/04/18 | LHM | Review and revision of motion to be filed responding to Haskett motions and for attorney's fees.   Telephone conference with A Powell regarding revisions needed for Motion and Response. | 1.00 | 390.00 | 390.00 |
| 03/05/18 | LHM | Work on filings for responses and for Motion to Assess Attorney's Fees and Costs. | 0.00 | 390.00 | |

|  |  | **Total Fees** | **795.85** | | **195,407.00** |

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| 10/22/14 | Computer Research ; West Group Payment Center | 56.00 |
| 10/23/14 | Professional Services; Seyfarth Shaw LLP | 308.00 |
| | Postage | 498.37 |
| 11/25/14 | Miscellaneous; Pacer Service Center | 5.40 |
| 05/19/15 | Computer Research ; Thomson Reuters - West | 39.17 |
| 06/15/15 | Computer Research ; Thomson Reuters - West | 327.71 |
| 06/25/15 | Professional Services; Seyfarth Shaw LLP | 1,124.37 |
| 03/07/16 | Filing Fees and Court Costs ; Certificate of Good Standing (x2); USDC Western District of Oklahoma Clerk | 36.00 |
| 04/12/16 | Filing Fees and Court Costs ; Pacer Service Center | 4.80 |
| 06/17/16 | Computer Research ; Thomson Reuters - West | 300.18 |
| 06/17/16 | Computer Research ; Thomson Reuters - West | 47.83 |
| 07/15/16 | Computer Research ; Thomson Reuters - West | 206.32 |
| 07/20/16 | Filing Fees and Court Costs ; Colorado Court Records (6/14/16); Card Center | 39.25 |
| | Photocopies | 392.00 |
| 07/14/16 | Filing Fees and Court Costs ; Pacer Service Center | 19.00 |
| 07/14/16 | Filing Fees and Court Costs ; Pacer Service Center | 27.40 |
| 08/10/16 | Computer Research ; Thomson Reuters - West | 71.87 |
| 08/29/16 | Courier Service | 5.00 |
| 09/14/16 | Computer Research ; Thomson Reuters - West | 395.62 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 20

| Date | Description | Amount |
|------|-------------|--------|
| 10/10/16 | Filing Fees and Court Costs ; Pacer Service Center | 99.40 |
| 10/10/16 | Filing Fees and Court Costs ; Pacer Service Center | 0.20 |
| 10/12/16 | Computer Research ; Thomson Reuters - West | 462.74 |
| 11/15/16 | Computer Research ; Thomson Reuters - West | 424.07 |
| 01/16/17 | Filing Fees and Court Costs ; Pacer Service Center | 2.00 |
| 01/12/17 | Computer Research ; Thomson Reuters - West | 217.46 |
| 01/26/17 | Travel Expenses ; Reimbursement for airfare, parking, rental car, etc.; Laura McConnell-Corbyn | 728.36 |
| 01/27/17 | Professional Services; Seyfarth Shaw LLP | 155.76 |
| 02/17/17 | Computer Research ; Thomson Reuters - West | 396.10 |
| 03/08/17 | Professional Services; Seyfarth Shaw LLP | 1,940.00 |
| 03/23/17 | Computer Research ; Thomson Reuters - West | 832.10 |
| 04/05/17 | Travel Expenses ; Airfare, car rental, etc. (4/3/17); Laura McConnell-Corbyn | 1,011.67 |
| 04/12/17 | Professional Services; Seyfarth Shaw LLP | 807.50 |
| 04/12/17 | Computer Research ; Thomson Reuters - West | 139.28 |
| 04/11/17 | Filing Fees and Court Costs ; Pacer Service Center | 20.50 |
| 04/11/17 | Filing Fees and Court Costs ; Pacer Service Center | 1.00 |
| 04/11/17 | Filing Fees and Court Costs ; Pacer Service Center | 16.80 |
| 04/11/17 | Filing Fees and Court Costs ; Pacer Service Center | 4.90 |
| 05/16/17 | Filing Fees and Court Costs ; Clerk of Court - El Paso County | 30.25 |
|  | Photocopies - Color | 59.85 |
| 05/24/17 | Computer Research ; Thomson Reuters - West | 293.59 |
| 05/30/17 | Outside Copy & Mailing Service; R.K. Black | 836.00 |
| 05/30/17 | Federal Express ; From US District Court - Colorado (5/18/17); FedEx | 27.07 |
| 06/02/17 | Travel Expenses ; For Pretrial Conference in Galveston (6/1/17); Laura McConnell-Corbyn | 763.26 |
| 06/13/17 | Filing Fees and Court Costs ; US District Court, Colorado (5/17/17); Cardmember Service | 19.50 |
| 06/13/17 | Computer Research ; Thomson Reuters - West | 1,264.93 |
| 06/22/17 | Federal Express ; Recipient Susan Gram c/o George Hanks on 05/23/17.; FedEx | 51.60 |
| 06/22/17 | Federal Express ; Recipient Susan Gram c/o George Hanks on 05/24/17.; FedEx | 40.21 |
| 06/22/17 | Federal Express ; Recipient Susan Gram on 05/30/17.; FedEx | 23.65 |
| 06/26/17 | Professional Services; Seyfarth Shaw LLP | 1,719.98 |
| 06/26/17 | Professional Services; Seyfarth Shaw LLP | 1,425.00 |
| 08/30/17 | Deposition ; Deposition of Phillip Haskett taken on 05/24/17.; D&R Reporting & Video, Inc. | 366.99 |

**Hartzog Conger Cason & Neville, LLP**

Dudley Land Company, LLC

March 5, 2018
Invoice
Page 21

| Date | Description | Amount |
|------|-------------|--------|
| 09/22/17 | Computer Research ; Thomson Reuters - West | 45.54 |
| 10/17/17 | Filing Fees and Court Costs ; Pacer Service Center | 25.10 |
| 01/17/18 | Filing Fees and Court Costs ; Clerk of Court - El Paso County | 29.25 |
| 01/12/18 | Filing Fees and Court Costs ; Pacer Service Center | 3.10 |
| 01/25/18 | Professional Services; Robert C. Margo PLLC | 5,756.00 |
| 01/25/18 | Computer Research ; Thomson Reuters - West | 182.15 |
| 01/25/18 | Deposition ; Deposition of Robert C. Margo on 1/18/18.; instaScript | 945.75 |
| 01/29/18 | Federal Express ; Sender USDC Denver Co., on 1/17/18.; FedEx | 27.94 |
| 01/31/18 | Travel Expenses ; Airline, rental car, parking for Galveston (1/25/18); Laura McConnell-Corbyn | 799.00 |
| 02/16/18 | Filing Fees and Court Costs ; USDC, Colorado (1/17/18); Cardmember Service | 20.00 |
| 02/19/18 | Computer Research ; Thomson Reuters - West | 1,066.23 |
| | **Total Disbursements** | **26,986.07** |