UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PHILLIP DAVID HASKETT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-277 |
| | § | |
| T.S. DUDLEY LAND COMPANY, INC., | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In two separate opinions, the Court has granted the defendant's motion for summary judgment on the plaintiff's claims against it and granted the plaintiff's motion for summary judgment on the defendant's counterclaims against him (Dkt. 175 and Dkt. 203). The plaintiff has already filed a notice of appeal (Dkt. 205). Having disposed of all claims for relief in the case, the Court enters this **FINAL JUDGMENT** as required by Federal Rule of Civil Procedure 58(a) and **TERMINATES** this case from its active docket.

The Court notes that there are collateral matters still pending before it—namely, the defendant's requests for sanctions and attorney's fees and the plaintiff's request for transcripts at government expense (Dkt. 208, Dkt. 210, and Dkt. 216). The Court retains jurisdiction over those collateral matters notwithstanding the entry of final judgment on

the merits and the filing of a notice of appeal. *Procter & Gamble Co. v. Amway Corp.*, 280 F.3d 519, 524–25 (5th Cir. 2002).

SIGNED at Galveston, Texas, this 29th day of March, 2018.

George C. Hanks Jr.
United States District Judge