UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| PHILLIP DAVID HASKETT, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:14-CV-277 |
| § | |
| T.S. DUDLEY LAND COMPANY, INC., § | |
| *et al*, § | |
| § | |
| Defendants. § | |

# **ORDER**

In two separate opinions, the Court has granted the defendant's motion for summary judgment on the plaintiff's claims against it and granted the plaintiff's motion for summary judgment on the defendant's counterclaims against him (Dkt. 175 and Dkt. 203). The plaintiff has filed a notice of appeal (Dkt. 205). The plaintiff's request for transcripts at government expense (Dkt. 216) is **GRANTED**.

Notwithstanding the entry of final judgment on the merits and the filing of a notice of appeal, the Court retains jurisdiction over the defendant's requests for sanctions and attorney's fees (Dkt. 208, Dkt. 210). *Procter & Gamble Co. v. Amway Corp.*, 280 F.3d 519, 524–25 (5th Cir. 2002). The plaintiff's motion for an extension of the deadline to respond to the defendant's requests for sanctions and attorney's fees (Dkt. 219) is **GRANTED**. The Court will consider the plaintiff's response to the defendant's requests (Dkt. 224).

SIGNED at Galveston, Texas, this 21st day of May, 2018.

_____
George C. Hanks Jr.
United States District Judge